# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRIAN JOSEPH BOGART,

      Plaintiff,

v.

                                     Case No. 6:12-cv-450-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

---

# ORDER

This case was referred to United States Magistrate Judge Thomas B. Smith for a report and recommendation on Plaintiff Brian Joseph Bogart's complaint (Doc. 1). Judge Smith issued his Report and Recommendation (Doc. 18), and neither party filed a timely objection. Judge Smith's Report and Recommendation is **APPROVED AND ADOPTED** to the extent that it recommends that this case be **REMANDED** to the Social Security Administration for further proceedings. Specifically, this case is remanded for (1) consideration of whether Bogart's symptoms of Attention Deficit Disorder that manifested between ages 6-7 indicate that Bogart has some mental retardation that manifested before age 22; (2) consideration of Dr. Nancy MacKay's finding that Bogart had a full-scale IQ score of 70; (3) explicit consideration of these factors with respect to Listing 12.05(C); and (4) any other considerations necessary in light of the result of the analysis specified above. The Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this ___26___ day of August, 2013.

                                           G. KENDALL SHARP
                                           SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record