UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN JOSEPH BOGART,

Plaintiff,

v.     Case No: 6:12-cv-450-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

## ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion for Attorney Fees (Doc. No. 21) filed August 26, 2013.

The United States Magistrate Judge has submitted a report recommending that the motion be granted. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **GRANT'S** Plaintiff's Motion for Attorney's Fees and awards Plaintiff $5,729.66 in attorney's fees to be paid out of the judgment fund. Payment may be made to Plaintiff's counsel if the Commissioner determines that Plaintiff does not owe a debt to the government.

**DONE AND ORDERED** at Orlando, Florida, this ___1___ day of October, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record