UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN JOSEPH BOGART,

    Plaintiff,

v.                                        Case No: 6:12-cv-450-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

ORDER

THIS CAUSE comes for consideration on Plaintiff Brian Joseph Bogart's Unopposed Motion for Attorney's Fees (Doc. 25), which the Court referred to United States Magistrate Judge Thomas B. Smith for a Report and Recommendation (Doc. 26). Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 26) is **APPROVED** and **ADOPTED**.

2. The Court **GRANTS** Plaintiff Brian Joseph Bogart's Unopposed Motion for Attorney's Fees (Doc. 25). Section 406(b) fees in the amount of **$16,350** are **AWARDED** to the law firm of Binder & Binder.

3. Binder & Binder is **ORDERED** to pay $5,729.66 to Brian Joseph Bogart, upon receipt of the aforementioned section 406(b) fees.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of December, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record